# UNITED STATES DISTRICT COURT

``                               DISTRICT OF                    CALIFORNIA

UNITED STATES OF AMERICA,
        Plaintiff,

v.                                                      **APPEARANCE**

ORLANDO ROBLES-VALENCIA,
        Defendant.                    Case Number:   08MJ0710

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ORLANDO ROBLES-VALENCIA

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/10/2008 | /s/ JOSEPH McMULLEN |
| Date | Signature |
| | Joseph McMullen / Federal Defenders of SD    246757 |
| | Print Name                           Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City       State       Zip Code |
| | (619) 234-8467      (619) 687-2666 |
| | Phone Number                  Fax Number |

## **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: March 10, 2008                                                         /s/ Joseph McMullen
                                                                              JOSEPH McMULLEN
                                                                              Federal Defenders of San Diego, Inc.
                                                                              225 Broadway, Suite 900
                                                                              San Diego, CA 92101-5030
                                                                              (619) 234-8467  (tel)
                                                                              (619) 687-2666  (fax)
                                                                              e-mail: Joseph_McMullen@fd.org