UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 08CR0833-IEG |
| | ) | 08mj0710 |
| vs. | ) | ORDER |
| Orlando Robles-Valencia | ) | RELEASING MATERIAL WITNESS |
| | ) | |
| Defendant(s) | ) | Booking No. 07408298 |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Renato Gonzalez-Vasquez

DATED: 3-20-08

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                    DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
           Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                                 ☆ U.S. GPO: 2003-561-774/70062