UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff )<br>)<br>vs. )<br>Orlando Robles-Valencia )<br>)<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 08mj0710<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 07468295 |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Eduardo Mora-Hernandez

DATED: 3-20-08

RECEIVED _____
           DUSM

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
Deputy Clerk